# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MIGUEL MORALES,** | : | |
| **OSCAR CARRILLO-PEREZ,** | : | |
| **SANTIAGO GARCIA-RAMIREZ, and** | : | |
| **JOSE LUIS MORALES** | : | **NO. 21-127** |

## ORDER

**NOW**, this 17th day of June, 2021, upon consideration of the Agreed Motion for Complex Case Designation and Speedy Trial Continuance (Doc. No. 54) and the Findings Sur Motion for Complex Case Designation and Speedy Trial Continuance (Doc. No. 56), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. §3161(h)(7)(A), (B)(i), and (B)(ii), this case is continued beyond the time established by the Speedy Trial Act and the delay resulting from this continuance shall be excluded from speedy trial calculations.

   /s/ Timothy J. Savage  
TIMOTHY J. SAVAGE, J.
